Submitted on record and briefs May 6, affirmed September 8, withdrawn September 29, 1982
(See 60 Or App 322, 654 P2d 663 (1982)

STATE OF OREGON,
*Respondent,*

*v.*

THOMAS BURTON NEAL,
*Appellant.*

(10-80-06677; CA A21140)

650 P2d 187

Thomas Burton Neal, filed the brief pro se for appellant.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

## PER CURIAM.

■ Defendant assigns three errors on this appeal from his conviction for rape. First, he contends that his 20-year sentence, with the requirement that he serve a minimum of 10 years before being considered for parole, is cruel and unusual punishment. It is not.

■ In the second and third, he contends the trial court erred in refusing to provide a transcript on appeal at public expense. We find no error. *SER Acocella v. Allen,* 288 Or 175, 604 P2d 391 (1979).

Affirmed.